## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 12-00154 (FSH) |
| SALADEN WILLIAMS | : | <u>ORDER FOR 60 DAY CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Constantine V. Soupios, Special Assistant U.S. Attorney, appearing), and the Defendant Saladen Williams (Richard Roberts, Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the Defendant, through his attorney, having consented to the continuance; and one prior continuances having been granted by the Court; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Tile 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 29th day of June, 2012,

ORDERED that the proceedings are continued 60 days until

SEPT. 11, 2012; and it is further

ORDERED that the following schedule shall apply as of the date of this order:

Pretrial motions filed by: July 31, 2012

Opposition due: Aug. 13, 2012

Motions hearing date: To be set

Trial set for: SEPTEMBER 10, 2012

HONORABLE FAITH S. HOCHBERG
United States District Judge

Consented and Agreed to by:

Constantine V. Soupios
Special Assistant U.S. Attorney

Richard Roberts, Esq.